7269

TOUCHBERRY v. NORTHWESTERN R. R. CO.

RULED by following case of *Touchberry v. Northwestern R. R. Co.*

Before WATTS, J., Clarendon, September, 1908. Reversed.

Action by J. W. Touchberry against Northwestern Railroad Company. From order sustaining demurrer to complaint, plaintiff appeals.

*Mr. Charlton DuRant* for appellant.

*Messrs. Joseph F. Rhame* and *Purdy & O'Bryan,* contra.

August 10, 1909. The opinion of the Court was delivered by

MR. JUSTICE WOODS.    The same questions being involved in this appeal as in the case of *E. J. Touchberry* v. *Northwestern Railroad Company, post,* the decision of this cause is determined by the opinion therein filed.

The judgment of this Court is, that the judgment of the Circuit Court be reversed and the cause remanded to that Court for a new trial.